**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ACUITY, a mutual insurance company, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:22-cv-06303 |
| | ) |
| KSA LIGHTING & CONTROLS, INC., JIM WILLIAMS, ASHLEY WILLIAMS, and FORCE PARTNERS, LLC, | ) ) ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Acuity, a mutual insurance company, hereby gives notice that this action is voluntarily dismissed following dismissal of the underlying lawsuit, case no. 1:19-cv-07776, styled as *Force Partners, LLC v. KSA Lighting & Controls, Inc. et al.*, filed in the United States District Court for the Northern District of Illinois, Eastern Division. Defendants KSA Lighting & Controls, Inc., Jim Williams, Ashley Williams, and Force Partners, LLC, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| ARDC # 6189515 | Respectfully submitted, |
| jpostel@lpplawfirm.com | LINDSAY, PICKETT & POSTEL, |
| 312-800-6008 | LLC |
| Philip G. Brandt | |
| ARDC # 6295960 | By: /s/ Joseph P. Postel |
| pbrandt@lpplawfirm.com | Attorney for Plaintiff ACUITY, a |
| 312-762-5154 | mutual insurance company |
| Lindsay, Pickett & Postel, LLC | |
| 200 W. Madison St., Suite 3850 | |
| Chicago, Illinois 60606 | |